IRENE TOBIAS et al., as Executrices of Carrie Tobias, Deceased, Appellants, v. EMANUEL CELLER et al., Formerly Doing Business as Co-partners under the

Name of CELLER & KRAUSHAAR, Respondents.— Pursuant to stipulation of the parties, the appeal is discontinued and withdrawn, without costs. Present— Close, P. J., Carswell, Johnston, Lewis and Aldrich, JJ.